## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DOUGLAS BRENNAN, Personal<br>Representative of the ESTATE OF<br>DENNIS BRENNAN, | ) ) ) ) | 8:11CV240 |
| Plaintiff, | ) ) | |
| v. | ) ) | PROTECTIVE ORDER |
| UNITED STATES OF AMERICA,<br>CHHANDA BEWTRA, M.D.,<br>CREIGHTON UNIVERSITY,<br>ALAN RICHARDS, M.D., NEBRASKA<br>METHODIST HEALTH SYSTEMS, INC.,<br>a Nebraska Corporation d/b/a<br>METHODIST HOSPITAL, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on the parties' Stipulation for Entry of Protective Order (Filing No. 46).  Upon consideration the motion is granted.

**IT IS ORDERED**:

1.  The United States Department of Veterans Affairs, through the U.S. Attorney's Office, will provide the medical records of Dennis Brennan, deceased, to Plaintiff and Co-Defendants for use in this litigation.  The Parties agree that the records may be produced in electronic format and mailed via United States Postal Service on unencrypted media.

2.  The Parties are prohibited from using or disclosing the medical records Dennis Brennan, deceased, for any purpose other than for litigation in this case, without further order of the Court.  The Parties may disclose the medical records to any consultants or expert witnesses necessary to prosecute or defend the case.

3.  Except as required by Federal law, the medical records of Dennis Brennan, deceased, including all copies made, shall be returned to the United States Attorney's Office or destroyed at the end of the litigation.

DATED this 23rd day of November, 2011.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge