IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS BRENNAN, Personal Representative of the ESTATE OF DENNIS BRENNAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHHANDA BEWTRA, M.D., CREIGHTON UNIVERSITY, ALAN RICHARDS, M.D., NEBRASKA METHODIST HEALTH SYSTEMS, INC., d/b/a METHODIST HOSPITAL,<br><br>Defendants. | 8:11CV240<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the Court on the Plaintiff's Motion for Leave to File Third Amended Complaint (Filing No. 72) and Plaintiff's Amended Motion for Leave to File Third Amended Complaint (Filing No. 73). Plaintiff's Amended Motion (Filing No. 73) is not opposed by the Defendants, and the Court will grant the motion.

    The Motion to Dismiss filed by Defendant United States of America (Filing No. 56) remains pending. To simplify matters, the Court will deny this Motion to Dismiss as moot. The Court expresses no opinion on the merits of this Motion to Dismiss, and the United States is free to reassert the arguments raised therein, or any other arguments, in a subsequent motion. Accordingly,

    IT IS ORDERED:

1. Plaintiff Douglas Brennan's Motion for Leave to File Third Amended Complaint (Filing No. 72) is denied as moot;

2. Plaintiff's Amended Motion for Leave to File Third Amended Complaint (Filing No. 73) is granted. Plaintiff shall file his new complaint by February 24, 2012; and

3. Defendant United States of America's Motion to Dismiss (Filing No. 56) is denied, without prejudice.

DATED this 17th day of February, 2012.

BY THE COURT:

s/ John M. Gerrard
United States District Judge