IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DOUGLAS BRENNAN, Personal Representative of the ESTATE OF DENNIS BRENNAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, CHHANDA BEWTRA, M.D., CREIGHTON UNIVERSITY, ALAN RICHARDS, M.D., NEBRASKA METHODIST HEALTH SYSTEMS, INC., a Nebraska corporation, d/b/a METHODIST HOSPITAL,<br><br>Defendants. | 8:11CV240<br><br>JUDGMENT |

The parties have jointly stipulated that this case should be dismissed without prejudice. Filing 89. They have also agreed that each party will bear its own costs and that the complete record should be waived. Accordingly,

IT IS ORDERED:

1. The parties' joint stipulation for dismissal (filing 89) is accepted;

2. The case is dismissed without prejudice; and

3. Each party will bear its own costs and the complete record is waived.

DATED this 31st day of August, 2012.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge